**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **JAMES M. FLYNN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Case No. 07-cv-02078-KHV-JPO |
| | ) |
| **WELLS FARGO BANK, N.A.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

NOW ON THIS 18th day of April, 2008, the Court reviews the Plaintiff's Motion to Dismiss filed April 18, 2008 (Doc. 89). For good cause shown, it is hereby ORDERED that the above-captioned case is dismissed in its entirety, with prejudice, with each party bearing its own costs.

IT IS SO ORDERED.

s/ Kathryn H. Vratil<br>
Chief Judge Kathryn H. Vratil<br>
United States District Court Judge